**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 28, 2020

Honorable Joanna Seybert, U.S.D.J.
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

RE:   Scott v. County of Suffolk
      Docket No.: CV 12-6415 (JS)(SIL)

Dear Judge Seybert:

This Office represents the County of Suffolk in the above referenced action. All defendants in the matter have requested permission to move for summary judgement. The Court has set a briefing schedule as follows; defendants moving papers served by August 12, 2020; plaintiff's opposition served by September 28, 2020; with defendants reply served by October 13, 2020. I write at this time on behalf of all defendants to respectfully request an extension of all the scheduled dates for a period of thirty days. I have conferred with counsel for the plaintiff, John Bennett, Esq. and Kenneth Auerbach, Esq. and they have consented to our request.

The reason for this request is that I have a rather extensive appellate brief in the matter of *Anilao v. Spota*, (19-3949) which falls due before the Second Circuit at the end of the same week as the instant motion must be filed. I also have several depositions scheduled during the weeks prior to and after the week of August 12th. For continuity, counsel for the other defendants are joining in this request as well. With this in mind, we are respectfully requesting the following extension of the above motion schedule:

Defendants moving papers served on or before **September 11, 2020**
Plaintiff's opposition papers served on or before **October 28, 2020**
Defendants reply papers served on or before **November 13, 2020**.

I thank the Court for its consideration of this request.

Respectfully submitted,

DENNIS M. COHEN
Suffolk County Attorney

*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

Cc:  All parties (via ECF)